Anna Boulahanis, George Boulahanis, a Minor, by his Mother and Next Friend, Bessie Boulahanis, Nick Boulahanis, a Minor, by his Mother and Next Friend, Bessie Boulahanis, and Larry Gianaris, by his Mother and Next Friend, Tula Gianaris, Appellees, v. The Great Atlantic and Pacific Tea Company, Appellant.

Gen. No. 45,753.

Earl K. Schiek, for appellant; no appearance for appellees. Opinion by PRESIDING JUSTICE ROBSON. Not to be published in full. Opinion filed November 25, 1952; released for publication December 16, 1952.